IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO. 5:18-cv-20-GCM

| | |
|---|---|
| ELIZABETH BROYHILL,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, and<br>NAVIENT SOLUTIONS, LLC,<br><br>        Defendants. | ORDER |

**ORDER**

      **THIS MATTER** is before the Court on the Motion to Expedite Arbitration Hearing (Doc. No. 13) and Motion to Enforce Original Contract (Doc. No. 15) filed by Plaintiff Elizabeth Broyhill.

      On March 16, 2018, the Court stayed this matter pending the outcome of arbitration proceedings. Pursuant to the Arbitration Agreement, all disputes related to the scope and procedure for arbitration must be referred to the arbitrator. (*See* Doc. 3-2, Exhibit A).

      Accordingly, the Court hereby **ORDERS** that Plaintiff's Motion to Expedite Arbitration Hearing (Doc. No. 13) and Motion to Enforce Original Contract (Doc. No. 15) are **DENIED.**

      **SO ORDERED.**

Signed: April 24, 2018

Graham C. Mullen
United States District Judge