# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# NO. 5:18-cv-20-GCM

| | |
|---|---|
| ELIZABETH BROYHILL,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, and<br>NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court on the Motion to Compel (Doc. No. 19) filed by Plaintiff Elizabeth Broyhill.

On March 16, 2018, the Court stayed this matter pending the outcome of arbitration proceedings. Pursuant to the Arbitration Agreement, all disputes related to the scope and procedure for arbitration must be referred to the arbitrator. (*See* Doc. No. 3-2, Exhibit A). Specifically, discovery in the proceedings is to be carried out under the arbitrator's authority: "Either party may obtain from the other party prior to the hearing any information available under the Administrator's rules or any information the arbitrator determines should be made available." (*Id.*). Thus, Plaintiff's request should be submitted to the arbitrator, not this Court.

Accordingly, the Court hereby **ORDERS** that Plaintiff's Motion to Compel (Doc. No. 19) is **DENIED.**

    **SO ORDERED.**

Signed: July 2, 2018

Graham C. Mullen
United States District Judge