IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| ELIZABETH BROYHILL,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC<br><br>Defendant. | CIVIL ACTION NO. 5:18-cv-00020-GCM |

## ORDER CONFIRMING ARBITRATION AWARD AND REQUEST FOR ENTRY OF DISMISSAL WITH PREJUDICE

THIS MATTER, having been brought before the Court by Navient Corporation and Navient Solutions, LLC ("Defendants"), and the Court having considered the Notice of Arbitration Award and Request for Entry of Dismissal with Prejudice, and for good cause shown, finds as follows:

This Matter was referred to arbitration on March 16, 2018;

Arbitration was held on October 8, 2018 in Wilkesboro, North Carolina. James F. Petelle, Esq., was designated as the parties' arbitrator by the American Arbitration Association.

On October 19, 2018, Mr. Petelle issued the Award of Arbitrator (the "Award"), which found Defendants to be the prevailing parties and denied Plaintiff's claim in its entirety.

THEREFORE, IT IS ON THIS 1st DAY OF APRIL, 2019, HEREBY ORDERED AND ADJUDGED that Defendants' Request for Entry of Dismissal with Prejudice is hereby GRANTED.

Signed: April 1, 2019

Graham C. Mullen
United States District Judge